# United States Bankruptcy Court

## District of Vermont



Filed & Entered
On Docket
March 30, 2010

In re:
Wesley David Huestis
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–7056
Debtor.

Case Number: 10–10347 cab
Chapter: 7

### NOTICE OF HEARING

**PLEASE BE ADVISED** that a hearing has been **SCHEDULED** for **April 13, 2010 at 10:00 AM** at the following location:

**U.S. Bankruptcy Court – Burlington**
**Federal Building**
**11 Elmwood Avenue, 2nd Floor**
**Burlington, VT**

to show cause why this case should not be dismissed for failure to act upon the following matters:

Failure to File Pay Advices due by 3/29/10 Re: [1] Chapter 7 Voluntary Petition.

Dated: March 30, 2010

For the Court

Thomas J. Hart
Clerk of Court

United States Bankruptcy Court
District of Vermont
67 Merchants Row
P.O. Box 6648
Rutland, VT 05702–6648

Tel. (802) 776–2000
VCIS* (800) 260–9956
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 209 – tas

**Notice to Court Visitors**: Upon arrival at the court building, please be prepared to show two forms of identification (I.D.), one of which should be a government–issued photo I.D. or a student photo I.D.. Please, no cell phones or other electronic devices in the courthouse.